S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**STEPHEN F. PEIFER, OSB #742520**
Assistant United States Attorney
Steve.Peifer@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 6: 04-mj-2028 |
| v. | GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| **JOSEPHINE SUNSHINE OVERAKER,** | |
| **Defendant.** | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Assistant United States Attorney Stephen F. Peifer, hereby moves the court for an order dismissing the complaint and arrest warrant filed herein based in the interests of justice and on the fact that the statute of limitations has run and the case was not indicted.

DATED this 20th day of June 2012.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*s/ Stephen F. Peifer*
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney