# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6: 04-mj-2028 |
| v. | ORDER DISMISSING COMPLAINT |
| JOSEPHINE SUNSHINE OVERAKER, | |
| Defendant. | |

This matter came on for consideration on the government's motion to dismiss.

NOW, THEREFORE, IT IS HEREBY ORDERED that the complaint and arrest warrant signed on May 6, 2004, by United States Magistrate Judge Thomas M. Coffin be dismissed.

DATED this 20th day of June 2012.

_____
THOMAS M. COFFIN
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney